In the Matter of BEACON HALL HOME FOR ADULTS, Appellant, CHARLES J. HYNES, as Special Prosecutor for Nursing Homes, Health and Social Services, Respondent.—In a proceeding to quash a certain subpoena duces tecum, petitioner appeals from an order of the Supreme Court, Rockland County, dated February 28, 1978, which denied its application. Order affirmed, with $50 costs and disbursements (cf. *Matter of Hynes v Lefkowitz,* 62 AD2d 365; *Matter of Windsor Park Nursing Home v Hynes,* 42 NY2d 243). The stay heretofore granted by this court on argument of the appeal is vacated. Mollen, P. J., Hopkins, Titone and Hawkins, JJ., concur.

In the Matter of ROCCO COLUCCI, Petitioner, v DANIEL P. GUIDO, as Commissioner of Police of the County of Nassau, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of Police of Nassau County, which, after a hearing, found petitioner guilty of recommending the name of an attorney for employment in connection with a criminal action and fined him five days' pay. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. There is substantial evidence in the record to support the finding that petitioner, by his conduct, violated rule 37 of article 6 of the Rules and Regulations of the Nassau County Police Department. We have considered the other issues raised by petitioner and find them to be without merit. Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.